# UNITED STATES COURT OF INTERNATIONAL TRADE

ADVANTUS CORP.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Court No. 21-00055
Before: M. Miller Baker, Judge

## ORDER

Upon consideration of the parties' consent motion to stay (ECF 13), it is hereby

**ORDERED** that the parties' motion is **GRANTED**, and it is further

**ORDERED** that proceedings in the above-captioned case shall remain stayed until 30 days after the U.S. Court of Appeals for the Federal Circuit issues its mandate in the appeal of the decisions in *ARP Materials, Inc. v. United States*, Ct. No. 20-144, and *Harrison Steel Castings Co. v. United States*, Ct. No. 20-147. The parties are to file a joint status report on or before the 30th day after the Federal Circuit issues its mandate. The joint status report shall explain how this case should proceed, if further proceedings are necessary.

Dated:  July 9, 2021
        New York, New York

/s/ *M. Miller Baker*
M. Miller Baker, Judge