UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| ADVANTUS CORP., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Court No. 21-00055-MMB |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Pursuant to CIT Rule 41(a)(1)(A), Plaintiff Advantus Corp. ("Plaintiff" or "Advantus"), by and through undersigned counsel, voluntarily dismisses this action.

Respectfully submitted,

/s/ M. Roy Goldberg
M. ROY GOLDBERG
STINSON LLP
1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20006
(202) 728-3005
Roy.goldberg@stinson.com

*Attorneys for Plaintiff*
*Advantus Corp.*

Dated: October 17, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2022, I caused a true and accurate copy of the foregoing Notice of Voluntary Dismissal to be served via the CMF/EF electronic filing system on the following person:

/s/_____
Roy Goldberg